1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   BRANDON C. JAROCH
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   702-388-6336

```
RECEIVED
FILED          SERVED ON
ENTERED    COUNSEL/PARTIES OF RECORD

   NOV - 2 2015

CLERK US DISTRICT COURT
    DISTRICT OF NEVADA
                          DEPUTY
                    BY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-mj-00620-VCF |
| Plaintiff, | Stipulation to Continue Preliminary Hearing Date (Fourth Request) |
| vs. | |
| JOSEPH NATHANIEL JOHNSON, | ORDER |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The period within which the government may assert an Information or seek an Indictment through the Grand Jury against the defendant is hereby extended from the date of the filing of the complaint up through and including December 2, 2015.

2. All parties agree to the continuance.

3. The defendant is detained and agrees to the continuance.

4. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

3

1. States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

5. This is the fourth request to continue the preliminary hearing.

For all of the above-stated reasons, the end of justice would best be served by a continuance of the preliminary hearing.

## ORDER

IT IS ORDERED that the preliminary hearing currently scheduled for November 2, 2015, at 4:00 p.m. be vacated and continued to _Dec. 3, 2015_, at the hour of _4 p_.m.

DATED this _2nd_ day of ~~October~~ November 2015.

_____
UNITED STATES MAGISTRATE JUDGE

CAM FERENBACH
U.S. MAGISTRATE JUDGE

4